# DECISIONS OF APPELLATE COURT ORDERED PUBLISHED IN ABSTRACT FORM.

## First District.

**Lillian M. Pearce, appellee, v. Edwin H. Cheney et al., appellants. Gen. No. 28,467.**

Suit for real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Kerr & Kerr and Guy M. Blake, for appellants. James A. Donnelly, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**William O. Trainer, appellee, v. Franklin Landis, appellant. Gen. No. 28,102.**

Decree for accounting for real state commissions. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded with directions. Opinion filed April 30, 1924.

Beach & Beach, for appellant. Brown, Brown & Brown, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. L. A. Sherwin, plaintiff in error. Gen. No. 28,277.**

Charge of direct contempt. Sentence of 48 hours in jail. Error to the Municipal Court of Chicago; the Hon. Warren H. Orr, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed. Opinion filed April 30, 1924.

L. A. Sherwin, *pro se*, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Herbert L. Hochschild, defendant in error, v. Goddard Tool Company, plaintiff in error. Gen. No. 28,295.**

Suit by stockholder for dividend. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles A. Williams,